IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID HOFFMASTER, individually and
on behalf of all others similarly situated,

        Plaintiffs,                       ORDER

      v.                                   16-cv-258-wmc

COATING PLACE, INC.,

        Defendants.
_____

      The court is in receipt of the parties' joint notice of settlement and motion to stay pre-trial and trial deadlines pending settlement approval. (Dkt. #30.) In the notice, filed the same day as the deadline for plaintiffs' seeking certification of a class action under Rule 23, the parties represent that they have reached a settlement of plaintiff's and putative class members' claims, and that they are working to finalize the settlement agreement and motion for approval of a class settlement. While the court is sympathetic to the parties' request to stay all pre-trial deadlines and the trial, the court also wants to ensure that this case remains on its present trial track if the settlement falls through.

      Accordingly, plaintiff may have until February 1, 2017, to either submit: (1) a motion for preliminary approval of settlements and supporting documents; or (2) a motion for class certification under Rule 23.

      Entered this 9th day of January, 2017.

                                      BY THE COURT:

                                    /s/

                                    _____
                                    WILLIAM M. CONLEY
                                    District Judge